1
2
3
4
5
6            IN THE UNITED STATES DISTRICT COURT
7               FOR THE DISTRICT OF ARIZONA
8
9   Patricia McCall,                          No. CV-15-00354-PHX-NVW
10                    Plaintiff,              **ORDER**
11   v.
12   ABC Nissan, LLC,
13                    Defendant.
14          The Court, having received the Stipulation for Dismissal With Prejudice by
15   Plaintiff Patricia McCall ("Plaintiff") and Defendant ABC Nissan, LLC ("ABC Nissan"),
16   and upon good cause appearing,
17          IT IS HEREBY ORDERED granting the parties' Stipulation (Doc. 17) and
18   dismissing Plaintiff's Complaint and claims against ABC Nissan in entirety, with
19   prejudice, each party to bear their own attorneys' fees and costs.
20          IT IS FURTHER ORDERED vacating the Rule 16 Scheduling Conference set for
21   June 12, 2015, at 2:30 p.m.
22          Dated this 21st day of May, 2015.
23
24                                                    Neil V. Wake
25                                            United States District Judge
26
27
28